**518**

under consideration, to vacate sentence, was filed. Insofar as the record shows, this was the first claim that appellant was incompetent to have his plea taken.

It seems clear to me that "the motion and files and the records of the case conclusively show that the prisoner is entitled to no relief."[3] Hence my dissent.

service of the District of Columbia. He thereafter brought suit in the District Court for reinstatement and other relief. Named as defendants were the District of Columbia and certain of appellant's former superior officers. After a trial, the court entered judgment for defendants-appellees. We find no reversible error.

Affirmed.

---

**William A. ALBAUGH, Appellant,**

v.

**DISTRICT OF COLUMBIA et al.,
Appellees.**

**No. 15183.**

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 4, 1959.

Decided Dec. 17, 1959.

**Steven H. BAMBERGER, Appellant,**

v.

**Robert C. WATSON, Commissioner of
Patents, Appellee.**

**No. 15284.**

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 11, 1959.

Decided Dec. 17, 1959.

Mr. William A. Albaugh, pro se.

Mr. Richard W. Barton, Asst. Corp. Counsel for the District of Columbia, with whom Messrs. Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Hubert B. Pair, Asst. Corp. Counsel, were on the brief, for appellees.

Before WILBUR K. MILLER, WASHINGTON and DANAHER, Circuit Judges.

PER CURIAM.

Appellant was separated from his position as a probationary employee in the

Mr. W. Brown Morton, Jr., New York City, with whom Mr. Clarence M. Fisher, Washington, D. C., was on the brief, for appellant.

Mr. David Kreider, Atty., United States Patent Office, with whom Mr. Clarence W. Moore, Sol., United States Patent Office, was on the brief, for appellee.

Before EDGERTON, DANAHER, and BASTIAN, Circuit Judges.

3. The majority comment on the fact that Chief Judge Letts, who denied the motion to vacate sentence, may not have had before him the entire report of Dr. Griffin and the full transcript of the two hearings before Chief Judge Laws. Even

assuming that to be the case, it can make no difference here. We do have these materials and they demonstrate, at least to my mind, the correctness of Chief Judge Letts' ruling.

**PER CURIAM.**

The plaintiff appeals from a judgment for the Commissioner of Patents in a suit under 35 U.S.C. § 145 to obtain a patent. We find no error.

Affirmed.

**AMARILLO GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS LOCAL UNION NO. 577, affiliated with International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 14995.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 4, 1959.

Decided Dec. 17, 1959.

Mr. Charles J. Morris of the bar of the Supreme Court of Texas, Dallas, Tex., pro hac vice, by special leave of court, with whom Messrs. Herbert S. Thatcher, Washington, D. C., and L. N. D. Wells, Jr., Dallas, Tex., were on the brief, for petitioner.

Mr. Duane B. Beeson, Atty., N. L. R. B., of the bar of the Supreme Court of California, pro hac vice, by special leave of court, with whom Messrs. Thomas J. McDermott, Associate Gen. Counsel, N. L. R. B., Marcel Mallet-Prevost, Asst.